CT Corporation

**Service of Process Transmittal**
12/11/2020
CT Log Number 538732178

TO: Olivia Gonzalez
The Prudential Insurance Company of America
Legal Department, 751 Broad St, 4th Fl
Newark, NJ 07102

RE: **Process Served in Louisiana**

FOR: The Prudential Insurance Company of America  (Domestic State: NJ)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ALLISON SAVOIE, Pltf. vs. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 20203988 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 12/11/2020 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/11/2020, Expected Purge Date: 12/16/2020 |
| | Image SOP |
| | Email Notification,  Legal Process Unit  legal.process.unit@prudential.com |
| | Email Notification,  Susan Arizzo  susan.arizzo@prudential.com |
| | Email Notification,  Rosalia Bernal  rosalia.bernal@prudential.com |
| | Email Notification,  Darbi Luzzi  darbi.luzzi@prudential.com |
| | Email Notification,  Veronica O'Neal  veronica.oneal@prudential.com |
| | Email Notification,  Lissette Diaz  lissette.diaz@prudential.com |
| | Email Notification,  Pamela Sidoti  pamela.sidoti@prudential.com |
| | Email Notification,  Cheryl Moore  cheryl.moore@prudential.com |
| | Email Notification,  Olivia Gonzalez  Olivia.Gonzalez@prudential.com |
| | Email Notification,  Julianne Hackett  julianne.hackett@prudential.com |

 **CT Corporation**

**Service of Process Transmittal**
12/11/2020
CT Log Number 538732178

**TO:** Olivia Gonzalez
The Prudential Insurance Company of America
Legal Department, 751 Broad St, 4th Fl
Newark, NJ 07102

**RE:** **Process Served in Louisiana**

**FOR:** The Prudential Insurance Company of America  (Domestic State: NJ)

**REGISTERED AGENT ADDRESS:** C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816
800-448-5350
MajorAccountTeam1@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**R. KYLE ARDOIN**
**SECRETARY OF STATE**
**P.O. BOX 94125**
**BATON ROUGE, LA 70804-9125**





7020 0290 0000 1778 1762

PRUDENTIAL INSURANCE COMPANY OF AMERICA
C/O CT CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE, LA  70816

FIRST CLASS

# State of Louisiana
# Secretary of State

12/10/2020

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

PRUDENTIAL INSURANCE COMPANY OF AMERICA
C/O CT CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE, LA  70816

Suit No.: 20203988
14TH JUDICIAL DISTRICT COURT
CALCASIEU PARISH

ALLISON SAVOIE
vs
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on:  R. KYLE ARDOIN
Served by:  E CUMMINGS

Date: 12/09/2020
Title:  DEPUTY SHERIFF

No: 1182761



KS

**Citation**



ALLISON SAVOIE

VS.  2020-003988

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

14ᵗʰ Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:  THE  PRUDENTIAL  INSURANCE
COMPANY OF AMERICA
THROUGH REGISTERED AGENT
FOR  SERVICE  OF  PROCESS:
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
Baton Rouge, LA 70809

**SERVED ON**
**R. KYLE ARDOIN**

DEC 09 2020

SECRETARY OF STATE
COMMERCIAL DIVISION

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of ALLISON SAVOIE, "PETITION" against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 18th day of November 2020.

Issued and delivered November 24, 2020

*Shelbie Hardy*

Shelbie Hardy

Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE      $_____              BY:  _____
                                         Deputy Sheriff
MILEAGE     $_____

TOTAL $_____

Party No.    P001

[ Service Copy ]
CMS0085

|||||| C M S 6 9 8 2 3 0 9 ||||||
Filing Date: 11/24/2020 03:14 PM     Page Count: 1
Case Number: 2020-003988
Document Name: 1600 Citation

Page 1 of 1

ALLISON SAVOIE : 14TH JUDICIAL DISTRICT COURT

VS. NO. 2020-3988 G : PARISH OF CALCASIEU

THE PRUDENTIAL INSURANCE : STATE OF LOUISIANA
COMPANY OF AMERICA

FILED: _____ NOV 1 8 2020 : _____

DEPUTY CLERK OF COURT

## PETITION

NOW INTO COURT, through undersigned counsel, comes Plaintiff, ALLISON

SAVOIE, an individual of the full age of majority and domiciled in Calcasieu Parish, Louisiana,

who respectfully represents:

CALCASIEU CLERK-COST
NOV 18 2020 PM03:42:09

1.

Made defendant herein is:

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a corporation that may
be served through its registered agent for service of process, Louisiana Secretary of State,
8585 Archives Avenue, Baton Rouge, Louisiana 70809 ("Defendant");

2.

Mrs. Savoie maintained a "Group Term Life Plan" dependent's insurance policy (the

"Policy"). The policyholder is NEA Members Insurance Trust, and the policy itself is

underwritten by the Defendant. At all relevant times, Mrs. Savoie paid her premiums owed

under the policy timely. See Exhibit "A."

3.

Mrs. Savoie is the beneficiary of the Policy. Her "Qualified Dependents" are the

insured(s) under the Policy, including Mrs. Savoie's spouse at the time she purchased the Policy,

Robby Savoie.

4.

Mrs. Savoie and Robby Savoie divorced on August 23, 2018. Several months after their

divorce, Mrs. Savoie and Robby began repairing their relationship. The relationship became

increasingly romantic as time passed in 2019. On or about May 19, 2019, a physician diagnosed

Robby with terminal cancer that ultimately took his life. Mrs. Savoie was Robby's primary

caretaker through his illness and was the one holding his hand as he passed away. They loved

each other and carried out many of the day-to-day activities of a married couple. Mrs. Savoie

was even listed as Robby's wife in the obituary written by his father and brother.

1

5.

Unfortunately, Robby Savoie (hereinafter, the "Decedent") died on November 23, 2019. Shortly thereafter, Mrs. Savoie filed her claim for insurance proceeds arising from the Decedent's death benefit under the Policy.  Defendant erroneously denied this claim on February 6, 2020.

6.

Mrs. Savoie, through undersigned counsel, mailed her administrative appeal (the "Appeal") to the Defendant by letter dated June 3, 2020. See Exhibit "B."

7.

The Defendant acknowledged receipt of the Appeal by letter dated June 25, 2020.  See Exhibit "C." Therein, Defendant stated that they received the Appeal and would provide a decision on that Appeal within 45 days of the date it received the Appeal.

8.

By letter dated July 2, 2020, Defendant requested more information from Mrs. Savoie to provide a determination.  See Exhibit "D."  Defendant sent another letter on July 29, 2020, requesting an additional 45 days from the date of the letter to review the Appeal. See Exhibit "E."

9.

Mrs. Savoie provided additional documentation related to her Appeal by letter dated August 21, 2020.  See Exhibit "F."

10.

The 90-day deadline, including the requested extension, was no later than September 23, 2020, under Defendant's own procedures set forth by letter.  See Exhibit C; Exhibit E.  As of November 13, 2020—at least 51 days after the deadline—Mrs. Savoie has not received a final decision from the Defendant regarding her Appeal.

11.

The Policy is governed by the laws of the Employee's Retirement Income Security Act of 1974 ("ERISA").  When the administrator of an ERISA plan fails to follow its own claims procedure, a claimant's administrative remedies are deemed exhausted and the claimant may seek judicial review of the claim.  See *Fessenden v. Reliance Std. Life Ins. Co.*, 927 F.3d 998,

1001 (7th Cir. 2019); *Baptist Mem. Hosp. - Desoto, Inc. v. Crain Auto., Inc.*, 392 Fed. Appx.

289, 293 (5th Cir. 2010).

12.

Moreover, an administrator's failure to render a decision entitles the claimant to a *de novo* review of the claim by the Court. *Fessenden*, supra.

13.

The Defendant incorrectly denied Mrs. Savoie's claim because she and the Decedent divorced prior to his death, which the Defendant claims excludes the Decedent as a "Qualified Dependent" under the Policy.  The facts and circumstances of Mrs. Savoie and the Decendent's relationship and life together, however, satisfies, the policy's definition of a Qualified Dependent in its entirety.

14.

Based on the foregoing that was previously provided to the Defendant, the Decedent is a Qualified Dependent of Mrs. Savoie because their relationship meets the standard of a "Qualified Domestic Partner" as set forth in the Policy and detailed in Paragraph 4 herein.

15.

Mrs. Savoie is entitled to full payment of the Policy amount.

WHEREFORE, Plaintiff, ALLISON SAVOIE, prays that:

I.      Defendant is duly cited and served with a certified copy of this petition and be commanded to respond thereto;

II.     After due proceedings, judgment be rendered in favor of Plaintiffs, and against the Defendant in the amount of the full Policy commensurate with the damages determined after a trial on the merits, plus attorney fees, interest and costs; and

III.    Full, general, and equitable relief.

Respectfully submitted:

STUTES & LAVERGNE, LLC

By:_____

RUSSELL J. STUTES, JR. (#21147)
P. JODY LAVERGNE (#27546)
RUSSELL J. STUTES, III (#38420)
600 Broad Street
Lake Charles, LA 70601
Telephone:  (337) 433-0022
Facsimile:  (337) 433-0601
Email:  rjs3@stuteslaw.com

3

**PLEASE SERVE:**

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
*Through its registered agent for service of process :*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**A TRUE COPY**
Lake Charles, Louisiana

*Shelton Hardy*

Deputy Clerk of Court
Calcasieu Parish, Louisiana

NOV 2 4 2020

4

ALLISON SAVOIE          :    14TH JUDICIAL DISTRICT COURT

VS. NO. _____ 2020-3988 G    :    PARISH OF CALCASIEU

THE PRUDENTIAL INSURANCE    :    STATE OF LOUISIANA
COMPANY OF AMERICA

FILED: _____ **NOV 1 8 2020** _____ :   

                            DEPUTY CLERK OF COURT

## AFFIDAVIT OF VERIFICATION

BEFORE ME, the undersigned Notary, personally came and appeared ALLISON SAVOIE, the petitioner, who, upon being duly sworn, declared that she has read the foregoing Petition and that the allegations of fact contained therein are true and correct to the best of her knowledge, information and belief.

ALLISON SAVOIE

SWORN TO AND SUBSCRIBED before me in Lake Charles, Louisiana, on this 16th day of November, 2020.

Print: Amy McMillin
NOTARY PUBLIC
Commission number: 166601
My commission expires: at death

5

## SCHEDULE OF BENEFITS FACE PAGE

| POLICYHOLDER – NEA MEMBERS INSURANCE TRUST | POLICY<br>G-20400-2 |
|---|---|
| CERTIFICATE EFFECTIVE DATE:<br>08/01/06 | CERTIFICATE NO.<br>80267-0050082 |

CERTIFICATE HOLDER:

ALLISON M SAVOIE
7829 MCCINDY RD
LAKE CHARLES LA 70607-0735

GROUP TERM LIFE PLAN

FILED _NOV. 1 8 2020_

_Sarah Potlier_

Deputy Clerk of Court
Calcasieu Parish, Louisiana

Amount for Each Benefit Class:

Benefit Classes:                    Amount of Insurance:

According to your attained age as follows:   Member
Less than age 70...................... $ 150,000
Age 70 or more but less than age 75....... $  75,000
Age 75 or more......................... $  15,000

Change in Benefit Class: Your amount of insurance is the amount shown above
for your class. When your class changes because you reach age 70 or 75,
your amount of insurance will be automatically adjusted to the amount of
insurance for your new class. This change will take effect on your
Anniversary Date which occurs on or immediately follows the date your class
changes. Your billing notice will show the new payment which results from
the change in class.

Premium Adjustment: Your premium rate will change in five-year age
brackets. When you reach your next age bracket, your billing notice
will reflect this premium adjustment.

**EXHIBIT**

**A**
exhibit

You can access your account information directly by visiting neamb.com/myaccount.

IMPORTANT: THIS IS A PART OF YOUR CERTIFICATE. IT IS EVIDENCE OF YOUR COVERAGE AND SHOULD BE ATTACHED TO
YOUR CERTIFICATE. THIS SCHEDULE REPLACES AND CANCELS ALL OTHER SCHEDULES, IF ANY, ISSUED TO THE INSURED
NAMED HEREON UNDER SAID CERTIFICATE.

UNDERWRITTEN BY:

The Prudential Insurance
Company of America

**nea Members**
**Insurance Trust**

PLAN ADMINISTERED BY:

NEA INSURANCE OPERATIONS
P.O. Box 9389
Des Moines, IA 50306-9389

M-191 (12/93)

# *Your*

# NEA INSURANCE

# BOOKLET and

# CERTIFICATE

### NEA Members Insurance Trust
### *A policy of caring*

## NEA Group Term Life Plan

### Prudential Financial

# Table of Contents

Foreword ................................................................................................................. 1

Schedule of Benefits ................................................................................................. 3

Who is Eligible to Become Insured ............................................................................ 5

When You Become Insured ....................................................................................... 7

Member Term Life Insurance .................................................................................... 9

Option to Accelerate Payment of Death Benefits
    (Living Benefit Option) ....................................................................................... 11

Dependents Term Life Coverage ............................................................................. 14

General Information ................................................................................................ 17

    Beneficiary Rules .............................................................................................. 17
    Mode of Settlement Rules ................................................................................. 17
    Definitions ........................................................................................................ 19

When Your Insurance Ends ..................................................................................... 21

Certificate of Coverage ........................................................................................... 22

Summary Plan Description ...................................................................................... 23

    Introduction ...................................................................................................... 24
    General Information ........................................................................................... 25
    Claims .............................................................................................................. 26
    Your Rights Under ERISA .................................................................................. 26

**Amount for Each Benefit Class:** See the Schedule of Benefits Face Page.

## OTHER INFORMATION

**Contract Holder:**   NEA MEMBERS INSURANCE TRUST

**Group Contract No.:** G-20400-2

**Program Date:** October 1, 2004.  This Booklet describes the benefits under the Group Program as of this Date.  The Program Date is not the same as your Effective Date of Coverage.

**Cost of the Insurance:** The Member and Dependents Insurance in this Booklet is Contributory Insurance.  You will be informed of the amount of your Payment when you enroll.

**Prudential's Address:**

The Prudential Insurance Company of America
290 West Mount Pleasant Avenue
Livingston, New Jersey 07039

## WHEN YOU HAVE A CLAIM

Each time a claim is made, it should be made without delay.  Use a claim form, and follow the instructions on the form.

If you do not have a claim form, contact:

NEA Insurance Operations

P.O. Box 1737
Des Moines, IA  50306-1737

Toll Free Number

1-800-523-5877

7:00 AM to 8:00 PM Central Time  Monday - Friday

---

83500
BSB 1001

(20400)

You can enroll a Qualified Domestic Partner under the Program.  No Domestic Partner will be considered your Qualified Domestic Partner while you have a spouse who is or could be covered as a Qualified Dependent.  You must notify Prudential within 10 days of the date that a person ceases to be considered a Qualified Domestic Partner.

Your children include your legally adopted children and each of your stepchildren and foster children who depends on you for support and maintenance.

**Exceptions:**

- The age 21 limit does not apply to a child who:

    (a)  wholly depends on you for support and maintenance; and

    (b)  is enrolled as a full-time student in a school; and

    (c)  is less than the Student Age Limit.

    Student Age Limit:  25.

- Your spouse, Domestic Partner or child is not your Qualified Dependent while:

    (a)  on active duty in the armed forces of any country; or

    (b)  insured under any Member Term Life Coverage of the Group Contract; or

    (c)  the spouse, Domestic Partner or child has protection under any Member Term Life Coverage of the Group Contract after the spouse's, Domestic Partner's or child's insurance under that Coverage ends.

**A child will not be considered the Qualified Dependent of more than one Member.**  If this would otherwise be the case, the child will be considered the Qualified Dependent of the Member named in a written agreement of all such Members filed with the NEA.  If there is no written agreement, the child will be considered the Qualified Dependent of:

(a)  the Member who became insured under the Group Contract with respect to the child, while the child was a Qualified Dependent of only that Member; and otherwise

(b)  the Member who has the longest continuous membership in the NEA, based on the NEA's records.

The rules for obtaining Dependents Insurance are in the "When You Become Insured" section.

(1)   You enroll for Dependents Insurance under a Coverage after you are first eligible for Dependents Insurance.  The requirement will apply to each Qualified Dependent you have when you enroll.

(2)   You enroll for Dependents Insurance after any insurance under the Group Contract ends because you did not pay a required contribution.  The evidence requirement will apply to each Qualified Dependent you have when you enroll.

(3)   The Qualified Dependent is a person for whom a previous requirement for evidence of insurability has not been met.  The evidence was required for that person to become covered for an insurance, as a dependent or a Member.

While you are insured for Dependents Insurance under a Coverage, the evidence requirement will not apply to a new dependent.

# Delay of Effective Date

## FOR DEPENDENTS TERM LIFE COVERAGE

A Qualified Dependent may be confined for medical care or treatment, at home or elsewhere.  If a Qualified Dependent is so confined on the day that your Dependents Insurance under a Coverage for that Qualified Dependent, or any change in that insurance that is subject to this section, would take effect, it will not then take effect.  The insurance or change will take effect upon the Qualified Dependent's final medical release from all such confinement.  The other requirements for the insurance or change must also be met.

Newborn Child Exception:  This section does not apply to a child of yours if the child is born to you, becomes your Qualified Dependent when the child is 14 days old, and either:

(1)   is your first Qualified Dependent; or

(2)   becomes a Qualified Dependent while you are insured for Dependents Insurance under that Coverage for any other Qualified Dependent.

—————————————

**Individual Contract Rules:** The individual contract must conform to the following:

Amount:

If your insurance ends by reason of (1) above:  Not more than your Member Term Life Insurance under this Coverage when your insurance ends.

If your insurance ends by reason of (2) above:  The total amount of individual insurance which you may get in place of all your life insurance then ending under the Group Contract will not exceed the lesser of the following:

(1)   The total amount of all your life insurance then ending under the Group Contract reduced by the amount of group life insurance from any carrier for which you are or become eligible within the next 31 days.

(2)   $10,000.

Form:  Any form of a life insurance contract that:

(1)   conforms to Title VII of the Civil Rights Act of 1964, as amended, having no distinction based on sex; and

(2)   is one that Prudential usually issues at the age and amount applied for.

This does not include term insurance or a contract with disability or supplementary benefits.

Premium:  Based on Prudential's rate as it applies to the form and amount, and to your class of risk and age at the time.

Effective Date:  The end of the two calendar month period during which you may apply for it.

---

Any death benefit provided under a section of this Coverage is payable according to that section and the "Beneficiary" and "Mode of Settlement Rules".

---

83500
LIF R 5001

(20400)

10

(b)  If you are required by a government agency to use this option in order to apply for, get or keep a government benefit or entitlement, you are not eligible for this benefit.

**Effect on Insurance:** This benefit is in lieu of the benefits that would have been paid on your death with respect to the Terminal Illness Proceeds.  When you elect this option, the total amount of Member Term Life Insurance otherwise payable on your death, including any amount under an extended death benefit, will be reduced by the Terminal Illness Proceeds.  Also, any amount you could otherwise have converted to an individual contract will be reduced by the Terminal Illness Proceeds.

---

# Dependents Term Life Coverage

## FOR YOUR DEPENDENTS ONLY

### A.  DEATH BENEFIT WHILE A COVERED PERSON.

If a dependent dies while a Covered Person, the amount of insurance on that dependent under this Coverage is payable when Prudential receives written proof of death.

### B.  DEATH BENEFIT DURING A CONVERSION PERIOD.

A death benefit is payable under this Section B if a dependent dies:

(1)   within two Calendar months after ceasing to be a Covered Person; and

(2)   while entitled (under Section C) to a conversion of the insurance under this Coverage to an individual contract.

The amount of the benefit is equal to the amount of Dependents Term Life Coverage which could have been converted.  It is payable even if conversion was not applied for.  It is payable when Prudential receives written proof of death.

### C.  CONVERSION PRIVILEGE.

This privilege applies if you cease to be insured for the Dependents Term Life Coverage of the Group Contract with respect to a dependent.  That dependent may have your insurance on the dependent under this Coverage, which then ends, converted to an individual life insurance contract.  Evidence of insurability is not required.  However, conversion is not available if the insurance ends for one of these reasons:

(1)   You fail to make any required contribution for insurance under the Group Contract.

(2)   All Dependents Term Life Coverage of the Group Contract for your class ends by amendment or otherwise.  This (2) does not apply if, on the date it ends, you have been insured with respect to the dependent for five years for that insurance (or for that insurance and any Prudential rider or group contract replaced by that insurance).

Any such conversion is subject to the rest of this Section C.

**Availability:** The individual contract must be applied for and the first premium must be paid by the later of:

(1)   within two calendar months after you cease to be insured for Dependents Term Life Coverage with respect to the dependent, and

(2)   the fifteenth day after you have been given written notice of the conversion privilege. But in no event may conversion to an individual contract be applied for if  the contract is not applied for and the first

83500
DPL R 5004                                                                                                      (20400)

14

(2)  If no Beneficiary has been chosen by the continuing dependent spouse or Qualified Domestic Partner, then to the estate of the continuing dependent spouse or Qualified Domestic Partner, or at Prudential's option, to any one or more of these surviving relatives of the dependent:

wife; husband; mother; father; children; brothers; sisters.

---

83500
DPL R 5004

(20400)

**Choice by Beneficiary:** A Beneficiary being paid under a Mode of Settlement may, if Prudential agrees, choose (or change the Beneficiary's choice of) a payee or payees to receive, in one sum, any amount which would otherwise be payable to the Beneficiary's estate.

Prudential has prepared information about the modes of settlement available. Contact NEA Insurance Operations, P. O. Box 1737, Des Moines, Iowa 50306-1737 for this information.

## INCONTESTABILITY OF LIFE INSURANCE

This limits Prudential's use of your statements in contesting an amount of Life Insurance for which you are insured. These are statements made to persuade Prudential to accept you for insurance. They will be considered to be made to the best of your knowledge and belief. These rules apply to each statement:

(1)   It will not be used in the contest unless:

(a)  It is in a written instrument signed by you; and

(b)  A copy of that instrument is or has been furnished to you or to your Beneficiary.

(2)   If it relates to your insurability, it will not be used to contest the validity of insurance which has been in force, before the contest, for at least two years during your lifetime.

83500
BBN 7003

(7-1)

**Decreasing Term Life Insurance:** Term life insurance which provides a benefit that will decrease as shown in the Amount of Insurance Columns in the Schedule of Benefits.

**Dependents Insurance:** Insurance on the person of a dependent.

**Doctor:** A licensed practitioner of the healing arts acting within the scope of the license.

**Injury:** Injury to the body of a Covered Person.

**Member:** A person who is an Active, Staff, Substitute, Reserve, Student, Retired or Life Member of the NEA.

**Member Insurance:** Insurance on the person of a Member.

**Mode of Settlement:** The settlement option not including lump sum payment which is either arranged by the insured Member prior to death or selected by the Beneficiary or person who has a right to receive a settlement under the Coverage.

**NEA:** The National Education Association of the United States.

**Payment:** This refers to the contributions that are required for the insurance. The required contributions are to be made by the Payment Due Date.

**Payment Due Date:** Payments are to be made starting with the date the Member becomes insured under the Group Contract. This date may occur monthly or be changed to another option at the request of the Member. The Payment basis may be changed to quarterly, semi-annually or annually or be changed back to monthly. No Payment is due on a day, if on that day, the Member is not then insured.

**Period of Insurance under a Coverage:** Each period of your insurance under a Coverage begins on a Payment Due Date. Periods of Insurance may differ as follows: The period is one calendar month if Payments are due on a monthly basis. It is three consecutive calendar months if Payments are due on a quarterly basis. It is six consecutive calendar months if Payments are due on a semi-annual basis. It is twelve consecutive calendar months if Payments are due annually.

**Prudential:** The Prudential Insurance Company of America.

**Sickness:** Any disorder of the body or mind of a Covered Person including pregnancy of a Covered Person, abortion, miscarriage, or childbirth, but not including Injury.

**You:** A Member.

---

83500
BAS 1001                                                                                          (20400)

## THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

# Certificate of Coverage

**Prudential** certifies that insurance is provided according to the Group Contract(s) for each Insured Member. Your Booklet's Schedule of Benefits shows the Contract Holder and the Group Contract Number(s).

Insured Member: You are eligible to become insured under the Group Contract if you are in the Covered Classes of the Booklet's "Definitions" section and meet the requirements in the Booklet's "Who is Eligible" section. The "When You Become Insured" section of the Booklet states how and when you may become insured for each Coverage. Your insurance will end when the rules in the "When Your Insurance Ends" section so provide. Your Booklet and this Certificate of Coverage together form your Group Insurance Certificate.

Beneficiary for Member Death Benefits: See the Booklet's "Beneficiary Rules".

Coverages and Amounts: The available Coverages and the amounts of insurance are described in the Booklet.

If you are insured, your Booklet and this Certificate of Coverage form your Group Insurance Certificate. Together they replace any prior booklets and certificates issued to you for the Coverages in the Booklet's Schedule of Benefits. All Benefits are subject in every way to the entire Group Contract which includes the Group Insurance Certificate.

**The Prudential Insurance Company of America**

## INTRODUCTION

The National Education Association (NEA) sponsors a group insurance plan for its members called the "NEA Members Insurance Plan" ("the Plan"). The purpose of the Plan is to provide NEA Members with group insurance benefits in the event of their death, accident, sickness, disability, or other occurrences affecting members and their families. These benefits are funded by one or more group insurance policies acquired and maintained by the trustees of the NEA Members Insurance Trust, the nonprofit entity created as the vehicle through which benefits are provided to NEA members participating in the Plan. Participation for Life Insurance is open to NEA members on a voluntary basis. Participants select the type of coverage they want and pay the entire cost themselves. The NEA does not contribute to the cost of these coverages.

The terms of the Plan are currently contained in a Trust agreement and operating document governing the Plan, in the insurance policies issued to the Trust, in administration agreements between insurance carriers and the Trust, and in resolutions adopted by NEA's Board of Directors and Executive Committee. The Life program is described in previous pages of this Booklet.

The purpose of this Summary Plan Description is to inform you about the Plan's structure. This Summary is being furnished to you in compliance with the Employee Retirement Income Security Act of 1974 (ERISA). As a participant in the Plan, you are entitled to certain rights and protections under ERISA. These rights are summarized in this Summary Plan Description.

## CLAIMS

**Initial Procedures.** If there is a claim for any benefit under the Plan, you or your Beneficiary should notify NEA Insurance Operations, Post Office Box 1737, Des Moines, Iowa 50306-1737. The appropriate claim forms will be sent by return mail accompanied by complete claim instructions. If the claim results from death, a certified copy of the death certificate with the raised seal will be required. If the claim results from total disability, you will be sent a form which must be completed by your physician.

**Review of Denied Claims.** If a claim for benefits is denied or ignored, in whole or in part, you are entitled to have your claim reviewed by Prudential. You or your authorized representative will receive a written explanation of the reason for the denial. Prudential will send this written notice to you within 90 days. If you are not notified at all within 90 days, this may be considered a claim denial. You then have the right to have Prudential review and reconsider your claim. In order to initiate a review of that claim decision, you must make written request to Prudential. You may then take certain steps to enforce your right to this review process. You may file suit in a state court, or you may file suit in a federal court. The court will decide who should pay the court costs and legal fees. You can obtain further information regarding this review procedure from NEA Member Benefits.

## YOUR RIGHTS UNDER ERISA

As a participant in the NEA Members Insurance plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants have the following rights:

- **You have the right to examine**, without charge, at the offices of NEA Member Benefits Corporation, 900 Clopper Road, Suite 300, Gaithersburg, Maryland 20878, all Plan documents, including insurance contracts (with riders and amendments) with Prudential and the pertinent resolutions adopted by NEA's Board of Directors and the Executive Committee for the administration of the Plan. You may also examine, without charge, copies of all documents pertaining to the Plan filed by the NEA Members Insurance Trust with the U.S. Department of Labor.

- **You have the right to obtain copies** of Plan documents and other Plan information upon written request to NEA Member Benefits at the above address. NEA Member Benefits may make a reasonable charge for the copies.

- **You are entitled to a summary financial report.** If you want a copy of that report, write to NEA Member Benefits at the above address.

In addition to creating rights for you, ERISA imposes duties on NEA, and the Trustees in their operation of the NEA Life Insurance Plan. The NEA and the Trustees are "fiduciaries." In addition, Prudential is the appropriate named fiduciary for the purposes of the enrollment process and claims administration. The fiduciaries have a duty to operate the Plan prudently and in the interests of you and other Plan participants and beneficiaries. No one can prevent you from obtaining the insurance benefits to which you are properly entitled under the Plan or from exercising your rights under ERISA.

# NOTES

## RIDER TO BE ATTACHED TO YOUR BOOKLET

## NOTICE OF CHANGE

**Covered Classes:**  The "Covered Classes" are these Employees of the Contract Holder (and its Associated Companies):  Members of the NEA who, according to the Administrative records, have elected to participate in the Option to Accelerate Payment of Death Benefits for Dependent Spouse of Domestic Partner.

**Effective Date of Change:** The first day on or after September 1, 2005 on which you are insured (see the Booklet-certificate's When You Become Insured section).  The Delay of Effective Date section applies to this change.

**Group Contract No.** G-20400-2

Your Booklet coded 20400-2 NEA Group Term Life Plan MEM-DEP-L; Ed 10-2004  is changed as follows:

1.  The **DEPENDENTS TERM LIFE COVERAGE** section of the **Schedule of Benefits** is enlarged to include the following:

**Effect of Option to Accelerate Payment of Death Benefits:**  Your Qualified Dependent Spouse or Domestic Partner's amount of insurance (as determined in the absence of this provision) will be reduced by the amount of any Terminal Illness Proceeds paid under the Option to Accelerate Payment of Death Benefits.

2.  Page 83500 DPL T 5013 (S-1)(20400-8) included with this Notice is made a part of your Booklet.

All other provisions in your Booklet remain unchanged.

_____

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

83500 BNC 1001                      (20400,PERM BNC,NEA Member Spouse ABO,09-01-2005,8)

(3)  Your Dependents Term Life Insurance must not be assigned.

(4)  Terminal Illness Proceeds will be made available to you on a voluntary basis only.  Therefore:

    (a)  If you are required by law to use this option to meet the claims of creditors, whether in bankruptcy or otherwise, you are not eligible for this benefit.

    (b)  If you are required by a government agency to use this option in order to apply for, get or keep a government benefit or entitlement, you are not eligible for this benefit.

**Effect on Insurance:**  This benefit is in lieu of the benefits that would have been paid on your dependent's death with respect to the Terminal Illness Proceeds.  When you elect this option, the total amount of Dependents Term Life Insurance otherwise payable on your dependent's death, including any amount under an extended death benefit, will be reduced by the Terminal Illness Proceeds.  Also, any amount your dependent could otherwise have converted to an individual contract will be reduced by the Terminal Illness Proceeds.

---



RUSSELL J. STUTES, JR. [1,2]
P. JODY LAVERGNE [3]
JEANETTE DEWITT-KYLE [3]
SHELLEY BOUILLION [2]
DEIL J. LALANDE [3]
MARLA MILLER [2,4]
RUSSELL J. STUTES, III [2]
.........................................
OF COUNSEL
ROBERT C. MCCORQUODALE

**Stutes & Lavergne**
ATTORNEYS AT LAW
A LIMITED LIABILITY COMPANY

Mailing Address: P.O. Box 1644, Lake Charles, LA 70602

June 3, 2020

<u>VIA CERTIFIED MAIL</u>
Appeal Coordinator
The Prudential Insurance Company of America
Group Life Claim Division
PO Box 8517
Philadelphia, PA 19176

**APPEAL LETTER**

Re:   Insured: Robby D. Savoie
      Control Number: G-20400
      Claim Number: 11929839

FILED_____ NOV 1 8 2020

_Sarah Hollier_

Deputy Clerk of Court
Calcasieu Parish, Louisiana

To the Prudential Appeal Committee:

Please be advised that Allison Savoie retained me to represent her interest in the above-captioned benefits claim (the "Claim) issued to NEA Members Insurance. She formally submits this appeal letter as a response to her denial issued on February 6, 2020, and to provide additional information not considered by Prudential in its denial of benefits. *See* Exhibit A (the "Denial").

As a brief summary, Robby D. Savoie (the "Decedent") died on November 23, 2019. A claim was submitted sometime thereafter, leading to the attached Denial. In that Denial, the company considered four documents, including (1) the original claims form; (2) death certificate of Robby D. Savoie; (3) Group Policy G-20400 (the "Policy"); and (4) divorce decree dated as of August 23, 2018. Quite simply, the Claim was denied because Mrs. Savoie was divorced from the Decedent at the time of death. While Mrs. Savoie understands the reason for Denial based on the limited information available to Prudential, it does not provide the full story of her relationship with the Decedent.

**EXHIBIT**
**B**

Lake Charles: (337) 433-0022   Fax: (337) 433-0601      StutesLaw.com        600 Broad Street, Lake Charles, LA 70601
Jennings: (337) 246-9988       Fax: (337) 246-9991      InjuryLawSWLA.com    207 North Church Street, Jennings LA 70546

1. LL.M. in Taxation; Board Certified in Tax and Estate Planning and Administration by the Louisiana Board of Legal Specialization
2. Specializing in Tax, Real Estate, Estate Planning, Successions, and Commercial Transactions
3. Specializing in Personal Injury
4. LL.M. in Taxation & Licensed in Louisiana and Texas

Ms. Savoie does not deny that she and her husband were divorced on August 23, 2018. For some time after that, they remained separated. However, in early 2019 they began repairing their relationship. As 2019 progressed, their relationshipgrew increasingly romantic. On May 19, 2019, the Decedent was diagnosed with severe liver cancer that would ultimately take his life.

After his diagnosis, Mrs. Savoie became the Decedent's primary caretaker. They continued to progress romantically and desired to be remarried if the Decedent were able to survive his illness. In fact, Mrs. Savoie is described as the Decedent's wife in his obituary. *See* Exhibit B.

There is no doubt that the Decedent and Mrs. Savoie depended on each other after the diagnosis and, in many ways, prior to the diagnosis. Among many other commitments, the Savoies (1) maintained joint vehicle registrations; (2) listed each other on health insurance benefits; (3) listed each other as beneficiaries of retirement accounts; (4) shared streaming accounts; (5) and paid bills together. *See* Exhibits C-G.

Mrs. Savoie's relationship with the Decedent satisfies the Policy's definition of "Qualified Domestic Partner(s)." The policy requires only that the couple (1) be unmarried in an economically committed and affectionate relationship and sole domestic partners; (2) cohabit for at least 6 months prior to enrollment; (3) is anticipate that they will continue to cohabit in such an economically committed and affectionate relationship; and (4) not otherwise be a Qualified Dependent under the Program.

These requirements are clearly met in this scenario. Based on the foregoing and attached information not previously available to Prudential, Mrs. Savoie asks the Appeal Committee to reverse Prudential's prior decision and grant Mrs. Savoie's claim for benefits. In the event additional information is requested, please submit such requests to my office and I will facilitate disclosure to the Appeal Committee.



With kind regards, I am

Sincerely,

Russell J. Stutes, III

Stutes & Lavergne
ATTORNEYS AT LAW
A LIMITED LIABILITY COMPANY



U.S. Postal Service
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)           $ _____
☐ Return Receipt (electronic)          $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required             $ _____
☐ Adult Signature Restricted Delivery  $ _____

Postmark
Here

Postage
$

Total

Sent To

Appeal Coordinator
The Prudential Insurance Company of America
Group Life Claim Division
PO Box 8517
Philadelphia, PA 19176

7019 2280 0000 5617 8529

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**State of Louisiana, Office of Motor Vehicles**
**VEHICLE REGISTRATION RENEWAL NOTICE**

 

SKIP THE LINE!
RENEW ONLINE
OR BY MAIL.
See reverse side for information

ROBBIE SAVOIE AND
ALLISON SAVOIE
7829 MCCINDY ROAD
LAKE CHARLES, LA  70607



11756/14G-129/29/7409



# SEE REVERSE SIDE FOR IMPORTANT
# INFORMATION ON RENEWAL OPTIONS

## ANY QUESTIONS? CALL (225) 925-6146

DPSMV 1720 (R 11/2011) — — — — — — — IF PAYING BY MAIL, RETURN THIS PORTION WITH PAYMENT— ✂



**VEHICLE RENEWAL APPLICATION FOR:**

ROBBIE SAVOIE AND
ALLISON SAVOIE
7829 MCCINDY ROAD
LAKE CHARLES, LA  70607

REMIT TO:  State of Louisiana
PO BOX 60081
New Orleans, LA 70160-0081

*pd 3/1/2020   71.90*

| LICENSE | EXP. DATE | VIN | | MAKE | YEAR | DOMICILE |
|---------|-----------|-----|---|------|------|----------|
| 371CIF | 04/30/2020 | 1GKES16S436221766 | | GMC | 2003 | 1008 |

| WEIGHT | SPOV | RENEWAL ID NUMBER | OWNER(S) DRIVER'S LIC | FEDERAL TAX ID | FEE DUE |
|--------|------|-------------------|----------------------|----------------|---------|
| | $34,950.55 | 125224414014 | | | $70.00 |

1GKES16S436221766 371CIF** 042022 007000 000000 000000 0

## Skip the line—take advantage of renewing by Internet or mail.

| | INTERNET | MAIL |
|---|---|---|
| ELIGIBILITY | Anyone whose renewal form contains a renewal ID number or possesses a registration certificate | Anyone who receives a renewal form |
| BASIC RENEWAL INSTRUCTIONS | Visit our website: www.expresslane.org | Return your payment and renewal form below in the envelope provided. |
| PAYMENT OPTIONS | Approved Credit or Debit Card | Check or money order made payable to the Office of Motor Vehicles.* See #1 and #6 below for further instructions. |
| COST | Renewal fee + State Charge | Renewal fee |
| CHANGE OF ADDRESS | Allowed | Allowed |

*1.  Write license plate number on your remittance. A personal check <u>must</u> contain the <u>check writer's driver's license number</u>. A company check <u>must</u> contain the federal employer identification number (EIN) or the driver's license number of the owner or manager of the company. IF THE DRIVER'S LICENSE NUMBER OF THE CHECK WRITER OR THE EIN OF THE COMPANY IS NOT SHOWN, THE RENEWAL APPLICATION WILL BE REJECTED AND REMITTANCE WILL BE RETURNED.

IMPORTANT: A dishonored (NSF) check may result in the suspension of driving and/or vehicle registering privileges (R.S. 32:414(N)). A dishonored (NSF) check allows the department to disclose the check writer's personal information (name, address, and driver's license number) as deemed necessary to collect the funds due.

2.  After your license plate expires, late fees will be due. Payment must be received before expiration date.

3.  If you do not receive your renewal validation sticker within thirty (30) days from the date you applied for your renewal, call 225-925-6146 or visit your nearest Motor Vehicle Office for assistance.

4.  If you no longer own this vehicle, you may submit proof of disposal, such as a copy of the bill of sale or invoice showing the vehicle was traded to a dealer, OR, report the information via the internet at www.expresslane.org.

5.  Louisiana law requires that every registered vehicle must be covered by liability insurance with required limits or other security (R.S. 32:861 et al).

*6.  When you send us a check as payment, you authorize us to clear your check electronically. Electronic payments may clear the same day we receive payment.

### Give the gift of life. Become an organ and tissue donor.
### To receive a Donor Registry Form, please visit WWW.DONATELIFELA.ORG

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# SAVE TIME – RENEW ONLINE
# www.expresslane.org

Any change of address or vehicle information in the boxes should be noted on the lines below.

_____

_____



MV172B/MV1720





**Louisiana Department of Public Safety and Corrections**
**Office of Motor Vehicles**
P.O. Box 64886
Baton Rouge, Louisiana 70896

Your Vehicle Registration renewal is complete.

**This receipt is** proof that your Vehicle Registration is current as the update may not occur for 24 hours.

Your **Vehicle Registration** will be mailed soon. If you do not receive your Registration within 30 days, contact your local Office of Motor Vehicles or contact Headquarters at 225-925-7198 or 225-925-6146.

| | |
|---|---|
| **Name:** | ROBBIE SAVOIE AND |
| **Plate Number:** | 371CIF |
| **Confirmation Number:** | 35356580 |
| **Payment Date/Time:** | 03/01/2020 at 6:57PM |
| **Payment Total:** | $71.90 |
| **Payment Method:** | VISA *4297 |
| **New Expiration Date:** | 4/30/2022 |
| **Cardholder Name:** | ALLISON SAVOIE |
| **Billing Address:** | 7829 MCCINDY<br>LAKE CHARLES, LA 70607 |
| **Email:** | allisav12@gmail.com |

| Item | Cost |
|---|---|
| Vehicle Registration Renewal | $70.00 |
| Service Charge | $1.90 |

| Total Paid | $71.90 |
|---|---|

- **Did you know you can...**

  - Renew your Louisiana Driver's License
  - Renew your Louisiana Identification Card
  - Purchase your Official Driving Record
  - Renew your Louisiana Vehicle Registration
  - Obtain a duplicate Louisiana Vehicle Registration
  - Determine if a mobile home is no longer registered as a motor vehicle

**ALL ONLINE!**
https://www.expresslane.org

↩ Reply ⌄   🗑 Delete   ⊘ Junk   Block   ⋯

dental

HS   **Howard, Stacy**
Fri 2/21/2020 11:59 AM
Savoie, Allison
👍 ☀ ↩ ↩↩ → ⋯



*Thanks,*

*Stacy Howard*

*Insurance Clerk*

*Risk Management*

*Calcasieu Parish School Board*

*337-217-4440 Ext. 3012*



State of Louisiana, Office of Motor Vehicles
**VEHICLE REGISTRATION RENEWAL NOTICE**

 

**SKIP THE LINE!**
**RENEW ONLINE**
**OR BY MAIL**
See reverse side for information

ROBBIE SAVOIE AND
ALLISON SAVOIE
7829 MCCINDY ROAD
LAKE CHARLES, LA  70607


11756/146-129/29/7409



# SEE REVERSE SIDE FOR IMPORTANT
# INFORMATION ON RENEWAL OPTIONS

## ANY QUESTIONS? CALL (225) 925-6146

DPSMV 1720 (R 11/2011)

— — — — — — — — — — — — — — — — IF PAYING BY MAIL, RETURN THIS PORTION WITH PAYMENT— ✂

**VEHICLE RENEWAL APPLICATION FOR:**

ROBBIE SAVOIE AND
ALLISON SAVOIE
7829 MCCINDY ROAD
LAKE CHARLES, LA  70607

REMIT TO:  State of Louisiana
PO BOX 60081
New Orleans, LA 70160-0081

*pd 3/1/2020  71.90*

| LICENSE | EXP. DATE | VIN | | MAKE | YEAR | DOMICILE |
|---|---|---|---|---|---|---|
| 371CIF | 04/30/2020 | 1GKES16S436221766 | | GMC | 2003 | 1008 |

| WEIGHT | SPOV | RENEWAL ID NUMBER | OWNER(S) DRIVER'S LIC | FEDERAL TAX ID | FEE DUE |
|---|---|---|---|---|---|
| | $34,950.55 | 125224414014 | | | $70.00 |

1GKES16S436221766  371CIF**  042022  007000  000000  000000  0

## Skip the line—take advantage of renewing by Internet or mail.

|  | INTERNET | MAIL |
|---|---|---|
| ELIGIBILITY | Anyone whose renewal form contains a renewal ID number or possesses a registration certificate | Anyone who receives a renewal form |
| BASIC RENEWAL INSTRUCTIONS | Visit our website: www.expresslane.org | Return your payment and renewal form below in the envelope provided. |
| PAYMENT OPTIONS | Approved Credit or Debit Card | Check or money order made payable to the Office of Motor Vehicles.* See #1 and #6 below for further instructions. |
| COST | Renewal fee + State Charge | Renewal fee |
| CHANGE OF ADDRESS | Allowed | Allowed |

*1. Write license plate number on your remittance. A personal check must contain the check writer's driver's license number. A company check must contain the federal employer identification number (EIN) or the driver's license number of the owner or manager of the company. IF THE DRIVER'S LICENSE NUMBER OF THE CHECK WRITER OR THE EIN OF THE COMPANY IS NOT SHOWN, THE RENEWAL APPLICATION WILL BE REJECTED AND REMITTANCE WILL BE RETURNED.

IMPORTANT: A dishonored (NSF) check may result in the suspension of driving and/or vehicle registering privileges (R.S. 32:414(N)). A dishonored (NSF) check allows the department to disclose the check writer's personal information (name, address, and driver's license number) as deemed necessary to collect the funds due.

2. After your license plate expires, late fees will be due. Payment must be received before expiration date.

3. If you do not receive your renewal validation sticker within thirty (30) days from the date you applied for your renewal, call 225-925-6146 or visit your nearest Motor Vehicle Office for assistance.

4. If you no longer own this vehicle, you may submit proof of disposal, such as a copy of the bill of sale or invoice showing the vehicle was traded to a dealer, OR, report the information via the Internet at www.expresslane.org.

5. Louisiana law requires that every registered vehicle must be covered by liability insurance with required limits or other security (R.S. 32:861 et al).

*6. When you send us a check as payment, you authorize us to clear your check electronically. Electronic payments may clear the same day we receive payment.

**Give the gift of life. Become an organ and tissue donor.**
**To receive a Donor Registry Form, please visit WWW.DONATELIFELA.ORG**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# SAVE TIME – RENEW ONLINE
# www.expresslane.org

Any change of address or vehicle information in the boxes should be noted on the lines below.

_____

_____





MV172B/MV1720



**Louisiana Department of Public Safety and
Corrections
Office of Motor Vehicles**
P.O. Box 64886
Baton Rouge, Louisiana 70896

Your Vehicle Registration renewal is complete.

**This receipt** is proof that your Vehicle Registration is current as the
update may not occur for 24 hours.

Your **Vehicle Registration** will be mailed soon. If you do not receive
your Registration within 30 days, contact your local Office of Motor
Vehicles or contact Headquarters at <u>225-925-7198</u> or <u>225-925-6146</u>.

| | |
|---|---|
| **Name:** | ROBBIE SAVOIE AND |
| **Plate Number:** | 371CIF |
| **Confirmation Number:** | 35356580 |
| **Payment Date/Time:** | 03/01/2020 at 6:57PM |
| **Payment Total:** | $71.90 |
| **Payment Method:** | VISA *4297 |
| **New Expiration Date:** | 4/30/2022 |
| **Cardholder Name:** | ALLISON SAVOIE |
| **Billing Address:** | 7829 MCCINDY<br>LAKE CHARLES, LA 70607 |
| **Email:** | allisav12@gmail.com |

| Item | Cost |
|---|---|
| Vehicle Registration Renewal | $70.00 |
| Service Charge | $1.90 |

| Total Paid | $71.90 |

- **Did you know you can...**

    - Renew your Louisiana Driver's License
    - Renew your Louisiana Identification Card
    - Purchase your Official Driving Record
    - Renew your Louisiana Vehicle Registration
    - Obtain a duplicate Louisiana Vehicle Registration
    - Determine if a mobile home is no longer registered as a motor vehicle

**ALL ONLINE!**
https://www.expresslane.org

↩ Reply ⌄    🗑 Delete    ⊘ Junk    Block    ⋯

dental

**HS**   **Howard, Stacy**
Fri 2/21/2020 11:59 AM

Savoie, Allison



### Humana.
**Dental Preferred**

Subscriber: **ALLISON N SAVOIE**     Coverage Type: FAM
Group Name: **CALCASIEU PARISH SCHOOL BOARD**    Group ID: 861307

| Member ID | | Member Name: |
|---|---|---|
| 111256018 | 01 | ALLISON N SAVOIE |
| 111256018 | 03 | CARSON SAVOIE |
| 111256018 | 04 | ROBBY SAVOIE |

Individual Deductible: $50
Family Deductible: $150
Preventive Services: 100%
Basic Services: 80%
Major Services: 50%

Humana.com

Member Service.      1-800-233-4013
Dental Provider Service.    1-800-833-2223

HumanaDental Claims Office
P.O. Box 14611
Lexington, KY 40512-4611

Humana Health Benefit Plan of Louisiana, Inc.

Card Issued: 04/27/2018

*Thanks,*

*Stacy Howard*

*Insurance Clerk*

*Risk Management*

*Calcasieu Parish School Board*

*337-217-4140 Ext. 3012*

## CALCASIEU PARISH SCHOOL SYSTEM
## HEALTH /LIFE GROUP INSURANCE ENROLLMENT

Date of Hire: 8-16-00   Position: TEACHER

Type of Coverage: Emp & Children   Date of Retirement: _____

☒ Change
☐ New Enrollee
☐ Late Enrollee

| Employee's Last Name, First, Middle Initial | Social Security Number | D.O.B. (Month, Day, Year) |
|---|---|---|
| SAVOIE Allison M. | 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 | 8-26-69 |

| Male | Female | Married | Single | Divorced | Widowed | Effective Date 11-21-01 |
|---|---|---|---|---|---|---|
| ☐ | ☒ | ☒ | ☐ | ☐ | ☐ | 12-1-01 |

| Life Amount | Beneficiary's Name (Print) | Relationship to Employee |
|---|---|---|
| 25,000 | Bobby D. SAVOIE | Husband |

**DO YOU WANT YOUR ELIGIBLE DEPENDENTS COVERED?**

1. IF NO, please initial: I HEREBY DECLINE PARTICIPATION IN DEPENDENT COVERAGE _____
2. If YES, please complete the following:
   A. SPOUSE TO BE INSURED:

Name _____   Spouse's employer _____

Date of Birth _____   Coverage effective date _____

Social Security Number _____   Medicare effective date _____

   B. CHILDREN TO BE INSURED:

| NAME | SEX | D.O.B. | SOCIAL SECURITY NUMBER | ENROLL DATE |
|---|---|---|---|---|
| Alec D. SAVOIE | M | 12-5-92 | SCANNED | 10-1-00 |
| Carson M. SAVOIE | M | 11-21-01 | JUN 21 2010 | 11-21-01 |
| | | | C. P. S. B. SH | |

Regarding children, please initial: _AMS_ I understand dependents may be eligible for coverage until their 21st birthday and such coverage can be continued to their 24th birthday as long as they are **FULL TIME, ENROLLED AND ATTENDING** secondary accredited school.

## ENROLLMENT CHOICES

I. I am electing enrollment in the following group health plan option (initial one):

_____ LOW   _____ MID   _AMS_ HIGH

II. Optional Life and AD&D (initial one):

_AMS_ I elect Optional Life and AD&D and until revoked by me in writing, authorize the deduction by my employer from my earnings the amount sufficient to cover my contribution for this coverage.

_____ I decline Optional Life and AD&D for which I am eligible and understand that I may be required to furnish proof of good health if I enroll at a later date.

### PLEASE INITIAL AND SIGN WHERE INDICATED BELOW

_AMS_ I hereby authorize my employer to deduct from my earnings premium sufficient to cover my contribution for insurance coverage requested above and acknowledge participation in Section 125.

_AMS_ To avoid certain pre-existing condition exclusions, I understand it is my responsibility to provide to the CPSB a certificate of group health insurance coverage from my prior carrier for myself and dependents.

_AMS_ Although dependents can be added at any time, they cannot be deleted at anytime. I understand all choices made, including choice of plan, will remain in effect until next year's annual enrollment. (April of each year with a May 1 effective date.).

By signature below, I acknowledge the following: The policy for which I am enrolling contains various limits, conditions and exclusions, including pre-existing condition coverage limitations. Failure to enroll eligible dependents at this time may result in more severe pre-existing coverage limitations should they be enrolled at a later date. I acknowledge receipt of a policy booklet detailing the above information and acknowledge I have received COBRA information, which details my rights, and obligations regarding possible continuation of coverage should my employment terminate.

I understand CPSB Risk Management employees are prohibited from encouraging me to choose any plan or

2/21/2020                                Teachers' Retirement System of Louisiana - Employment Summary

# Employment Summary

| | |
|---|---|
| SAVOIE ALLISON M<br>7829 MCCINDY RD<br>LAKE CHARLES LA 70607-0735 | **Designated Beneficiaries**<br>SAVOIE ALEC D      CHILD<br>SAVOIE ROBBY D      SPOUSE |

*DROP ELIGIBILITY: The first time you reach one of the following:*
*25 Years Age 55, 10 Years Age 60, 30 Years Any Age*

*This area may include employment dates for time periods where service credit was refunded.*
*Refunded years that have not been restored are not included in your total service credit.*

### Employment History

| Employer ID | Employer Name | Plan Name | Start Date | End Date |
|---|---|---|---|---|
| 0010 | CALCASIEU SC BD | Regular Plan | 08/16/2000 | |
| 0098 | MCNEESE | Regular Plan | 05/01/2007 | 05/31/2007 |

### TRSL Regular Plan Information
*Service credit earned cannot exceed 1.00 year in a fiscal year.*

| Unaudited Service Credit | | Member Contributions Summary | |
|---|---|---|---|
| Prior years' service credit for benefit computation: | 18.73 | Beginning balance as of 06/30/2019: | 63,256.85 |
| Purchases/Transfers/Refunds: | 0.00 | Estimated current FY contributions 7/1/2019 through 1/31/2020: | 2,208.70 |
| Prior years' servce credit for benefit computation corrections: | 0.00 | Purchases/Transfers/Refunds: | 0.00 |
| | | Prior Year Contributions Corrections: | 0.00 |
| Total unaudited service credit for benefit computation*: | 18.73 | Estimated balance as of 2/21/2020: | 65,465.55 |

| Total unaudited service credit for benefit computation as of 06/30/2019* | | Total unaudited service credit for eligibility purposes as of 06/30/2019*: | 18.97 |
|---|---|---|---|
| **Service Type** | **Amount** | Monthly Average Compensation: | $4,642.99 |
| Regular | 18.73 | | |
| Total | 18.73 | | |

*If these figures are different, your employer has certified that you have some part-time employment. Any discrepancies in salaries, service credit, or contributions should be addressed with your employer. All amounts are subject to audit and change.

**TRSL** Teachers' Retirement
System of Louisiana
P.O. Box 94123 • Baton Rouge, LA 70804-9123

SAVOIE ALLISON M
7829 MCCINDY RD
LAKE CHARLES LA 70607-0735

# Member Account Statement for SAVOIE ALLISON M

July 1, 2018 — June 30, 2019

## Member Information
DOB: 08/26/1969

GENDER: FEMALE

## Designated Beneficiaries
SAVOIE ROBBY D

SAVOIE ALEC D

You can update/correct the information listed above. Here's how:

- For address corrections, visit our website at *www.trsl.org*. From there, you can download and submit an *Active Member Change of Address Authorization* (Form 2AC) or use the Member Access system.

- For corrections to date of birth or gender, call TRSL at 225-925-6446 (local area) or toll free (outside the Baton Rouge area) at 1-877-ASK-TRSL (1-877-275-8775).

| 2018 — 2019 EMPLOYER | EARNINGS | CONTRIBUTIONS |
|---|---|---|
| CALCASIEU SC BD | $ 56,446.90 | $ 4,515.75 |
| TOTAL: | $ 56,446.90 | $ 4,515.75 |

## Your TRSL Account Information (See "Statement Definitions" on back.)

*Service credit earned cannot exceed 1.00 year in a fiscal year.*

| SERVICE CREDIT | | MEMBER CONTRIBUTIONS | |
|---|---|---|---|
| Prior year service credit for benefit computation | 17.73 | Beginning balance as of July 1, 2018 | $ 58,741.10 |
| 2018 — 2019 service credit for benefit computation earned during this FY | 1.00 | Member contributions 2018 — 2019 | $ 4,515.75 |
| Purchases/Transfers/Refunds | 0.00 | Purchases/Transfers/Refunds | $ 0.00 |
| Prior year service credit for benefit computation corrections | 0.00 | Prior year contributions corrections | $ 0.00 |
| Total service credit for benefit computation* | 18.73 | Ending balance as of June 30, 2019 | $ 63,256.85 |

| Total service credit for eligibility to retire as of June 30, 2019 * | 18.97 |
|---|---|

*If these figures are different, your employer has certified that you have some part-time employment. Any discrepancies in salaries, service credit, or contributions should be addressed with your employer. All amounts are subject to audit and change.

## Information About Your Service Credit and Contributions

# It's never too early to plan for your retirement!

TRSL provides valuable benefits, including:

- **RETIREMENT** benefits when you reach the required retirement eligibility (age and years of service credit)
- **DISABILITY** benefits should you become totally and permanently disabled while in active service*
- **SURVIVOR** benefits for certain family members should you die while in active service*

*Must have the required years of service*

Visit TRSL's website at *www.trsl.org* for more information on these important benefits, including our publications *TRSL Member Handbook, DROP Handbook, Disability Retirement,* and *Death & Survivor Benefits.*

| Retirement Eligibility Requirements for Regular Plan | |
|---|---|
| **SERVICE ELIGIBILITY** | 5 years at age 60 * 20 years at any age (reduced benefit) * 25 years at age 55 * 30 years at any age |
| **DROP ELIGIBILITY** | The first time you reach one of the following:<br>10 years at age 60 * 25 years at age 55 * 30 years at any age |

### Projected Retirement Eligibility and Benefit Estimate for SAVOIE ALLISON M

The following table shows a projection of your retirement eligibility dates and your maximum TRSL retirement benefit based on various retirement scenarios. The projections are based on current information as reported by your employer(s) and assume continuous TRSL-covered, full-time employment. The final average compensation (FAC) is an average of your current highest three (3) consecutive years of earnings as submitted by your employer. Future salary increases are not included in the FAC used in these projections.

This estimate is provided to help you make informed decisions about your retirement benefit and is not a guarantee of when you will be eligible or the amount you will receive at the time you retire. The actual pension you receive at retirement and when you will be eligible to retire are determined by state law. When you retire, your pension will be calculated according to the applicable retirement calculation formulas.

| Scenario | Fiscal Year of Eligibility | Service Credit for Eligibility | Service Credit for Benefit Computation | Age | FAC (Monthly) | Maximum Monthly Benefit Amount |
|---|---|---|---|---|---|---|
| Early Retirement | 2019 - 2020 | 20.00 | 19.76 | 50 | 4,642.99 | 1,528.00 |
| Regular Retirement/Drop Eligibility | 2024 - 2025 | 25.00 | 24.76 | 55 | 4,642.99 | 2,874.00 |

Your early retirement benefit estimate is based on a 2% benefit factor or a 2.5% actuarially reduced factor. The age shown for all projected future benefits is your age at July 1 of the fiscal year you become eligible. Contact TRSL for more information on your retirement options.

DROP = Deferred Retirement Option Plan

If you choose to name a beneficiary, your monthly benefit amount may be lower. Use TRSL's online calculator at *www.trsl.org* to calculate projections of your Service or DROP benefits.

## Statement Definitions

| | |
|---|---|
| Designated Beneficiaries | The person(s) you have named who will receive your member contributions if survivor benefits are not payable. If you have named more than three persons, you will see "More than three beneficiaries" in this section. To change your beneficiary(ies), complete a *Beneficiary Designation* (Form 3), which can be obtained from your employer or our website at *www.trsl.org*. |
| Fiscal Year | The period (July 1 — June 30) in which your earnings and contributions were reported. |
| Employer | Name of the employing agency(ies) that provides earnings information. |
| Earnings | Total actual annual salary(ies) as reported by your employer(s). |
| Contributions | Member contributions withheld based upon earnings reported by your employer(s). |

| SERVICE CREDIT* | | MEMBER CONTRIBUTIONS* | |
|---|---|---|---|
| Prior year service credit for benefit computation | Computation credit from the previous year's statement. | Beginning balance as of July 1, 2018 | Your ending account balance from the previous fiscal year's member statement. |
| 2018 —2019 service credit for benefit computation earned during this fiscal year | Credit earned as reported by your employer. | Member contributions 2018 —2019 | Member contributions reported by employer(s) during the fiscal year. |
| Purchases/Transfers/ Refunds | Current service credit purchases, transfers to/from TRSL, or refunds of contributions for this statement's fiscal year. | Purchases/Transfers/ Refunds | Current member contributions for purchases, transfers to/from TRSL, or refunds of contributions for this statement's fiscal year. |
| Prior year service credit for benefit computation corrections | Corrections made (+/-) by your employer(s) correcting prior fiscal years' credit. | Prior year contributions corrections | Corrections made (+/-) by your employer(s) correcting prior fiscal years' contributions. |
| Total service credit for benefit computation | Your credit balance at the end of the fiscal year as reported by your employer(s) that will determine how | Ending balance as of June 30, 2019 | Your balance from the previous year's statement + contributions + purchases/ |

netflix.com



# Account

## MEMBERSHIP & BILLING

robsav@suddenlink.net
Password: ********

Change account email

Change password

Add phone number

Cancel Membership

Your next billing date is March 10, 2020.

**VISA** •••• •••• •••• 1048

Update payment info

Billing details

Change billing day

Redeem gift card or promo code

Where to buy gift cards

## PLAN DETAILS

Standard [HD]

Change plan

No DVD plan

Add DVD plan

## SETTINGS

Parental controls

Test participation

YOUR MEMBERSHIP

Your plan
**Standard** for $12.99/month
2 screens + HD

Your next bill
March 10, 2020

Membership fees are billed at the beginning of each period and may take a few days after the billing date to appear on your account. Sales tax may apply.

| Date | Description | Service period | Payment method | Total |
|---|---|---|---|---|
| 2/10/20 | Streaming Service | 2/10/20—3/9/20 | VISA •••• •••• •••• 1048 | $12.99 |
| 1/10/20 | Streaming Service | 1/10/20—2/9/20 | VISA •••• •••• •••• 1048 | $12.99 |
| 12/10/19 | Streaming Service | 12/10/19—1/9/20 | VISA •••• •••• •••• 1048 | $12.99 |
| 11/10/19 | Streaming Service | 11/10/19—12/9/19 | VISA •••• •••• •••• 1048 | $12.99 |
| 10/10/19 | Streaming Service | 10/10/19—11/9/19 | VISA •••• •••• •••• 1048 | $12.99 |
| 9/10/19 | Streaming Service | 9/10/19—10/9/19 | VISA •••• •••• •••• 1048 | $12.99 |
| 8/10/19 | Streaming Service | 8/10/19—9/9/19 | VISA •••• •••• •••• 1048 | $12.99 |
| 7/10/19 | Streaming Service | 7/10/19—8/9/19 | VISA •••• •••• •••• 1048 | $12.99 |
| 6/10/19 | Streaming Service | 6/10/19—7/9/19 | VISA •••• •••• •••• 1048 | $12.99 |
| 5/10/19 | Streaming Service | 5/10/19—6/9/19 | VISA •••• •••• •••• 1048 | $12.99 |
| 4/10/19 | Streaming Service | 4/10/19—5/9/19 | VISA •••• •••• •••• 1048 | $10.99 |
| 3/10/19 | Streaming Service | 3/10/19—4/9/19 | VISA •••• •••• •••• 1048 | $10.99 |
| 2/10/19 | Streaming Service | 2/10/19—3/9/19 | VISA •••• •••• •••• 1048 | $10.99 |

NOTE: We only show up to 1 year of billing history

Entergy.com

Home > Billing and Payment History

[Sign out] Printable Page

### My Entergy Account

Account Summary

Add Accounts

Account Detail

View My Bill

Pay My Bill

Billing and Payment History

Analyze My Bill ᵀʳʸ

Power to Care Donation

Billing Options ▸

Bill Delivery Options

Automatic Monthly Payments

Payment Arrangements

Start/Stop/Move Service

Update Account Information ▸

View Outage Map

Cell Phone Texting

Alert Preferences

# Billing and Payment History

Below is a list of your Entergy bills and payments.

| Name | ROBBY D SAVOIE |
| --- | --- |
| Account Number | 110132057 |
| Service Address | 7831 MCCINDY RD,<br>LAKE CHARLES LA 70607-0735 |

Electric Usage Enlarge/Print



## Electric (KWH) Usage

Billing Month

▣ 2020  ☑ 2019

| Billing History | | Payment History | | Usage History | |
| --- | --- | --- | --- | --- | --- |
| **Date** | | **Description** | | | **Amount** |
| 12/12/2019 | | Monthly Current Charge | | | 127.35 |
| 12/11/2019 | | Payment | | | -104.19 |
| 11/12/2019 | | Monthly Current Charge | | | 104.19 |
| 11/06/2019 | | Payment | | | -170.03 |
| 10/11/2019 | | Monthly Current Charge | | | 170.03 |
| 10/08/2019 | | Payment | | | -501.29 |
| 09/12/2019 | | Monthly Current Charge | | | 501.29 |
| 08/20/2019 | | Payment | | | -221.64 |
| 08/19/2019 | | Monthly Current Charge | | | 99.18 |
| 08/19/2019 | | Monthly Current Charge | | | 122.46 |
| 07/08/2019 | | Payment | | | -182.50 |
| 06/11/2019 | | Monthly Current Charge | | | 182.50 |

digital.iberiabank.com

**IBERIABANK**   Dashboard   Accounts   Move money   IFS Investments   ✉   AS

## All activity

Entergy

**Search and sorting options**

📅 2 scheduled activities

| JAN 6 | BILL PAY ENTERGY SERVICES WEB<br>allisav 5972 | $199.64 |
| DEC 12 2019 | BILL PAY ENTERGY SERVICES WEB<br>allisav 5972 | $104.19 |
| DEC 10 2019 | BILL PAY ENTERGY SERVICES WEB<br>allisav 5972 | $158.49 |
| NOV 12 2019 | BILL PAY ENTERGY SERVICES WEB<br>allisav 5972 | $205.59 |
| NOV 7 | BILL PAY ENTERGY SERVICES WEB<br>allisav 5972 | $170.03 |



**Prudential**

The Prudential Insurance Company of America
Beneficiary Services
P.O. Box 70182
Philadelphia, PA 19176

| **Email:** | grouplifeclaims@prudential.com |
| **Secure Fax:** | (844) 625-7807 |
| **Phone:** | (800) 524-0542 |
| **Phone Hours:** | 8:00 a.m. to 8:00 p.m. ET |

00000057 PINH01DD062520220212 01 003000

Russell J. Stutes III
Stutes & Lavergne
Attorneys at Law
P.O. Box 1644
Lake Charles, LA 70602

| Insured: | Robby D Savoie |
| Contract Holder: | NEA Members Ins. |
| Policy Number: | 20400 |
| Claim ID: | C-2020-038786 |

June 25, 2020

Dear Russell J. Stutes III,

We have received your correspondence dated June 11, 2020 appealing our denial of the claim for Death Benefit for Robby D Savoie under the NEA Members Ins. Group Policy. We will complete our review using the information currently in file.

We will review the claim and anticipate having a decision no later than 45 days from the date of receipt of your written request for reconsideration of the initial claim denial. The review will take into account all new information, whether or not presented or available at the initial determination. If we determine that special circumstances require an extension of time for a decision on appeal, the review period may be extended by an additional 45 days (90 days in total). We will notify you in writing if an additional 45-day extension is needed.

Prudential reserves the right to assert any and all claims and defenses that it may have, whether or not expressly stated herein or in any other correspondence.

**If you have any questions, we're here to help.**
The loss of a loved one is indeed a time of great sadness. It also may be a time of uncertainty and confusion on what to do next. We understand this, and that's why we developed a Beneficiary Support Center to help you through these difficult times. The Beneficiary Support Center is an online resource hub that includes: information on funeral planning, a list of key tasks you may need to address in the wake of the loss of a loved one, and financial, legal, and emotional support resources. These resources can be accessed at https://www.prudential.com/personal/workplace-benefits/death-claims. They are available at no cost to, or commitment from, you or your loved ones.

If you have questions please call our customer service office at (800) 524-0542 and provide reference number C-2020-038786. We are available Monday through Friday between 8:00 a.m. and 8:00 p.m. Eastern time. If you are using a telecommunications device for the hearing impaired, please call (800) 778-8633, Monday through Friday between 8:00 a.m. and 6:00 p.m. Eastern time. One of our customer service representatives will be glad to help you.

Sincerely,
Elsy Gilles
Claims Coordinator

FILED _____ NOV 18 2020

_Sarah Holliер_

_____

**Deputy Clerk of Court**
**Calcasieu Parish, Louisiana**



EXHIBIT
C

Life insurance is issued by The Prudential Insurance Company of America, Pruco Life Insurance Company (except in NY and/or NJ), or Pruco Life Insurance Company of New Jersey (in NY and/or NJ).

 **Prudential**

The Prudential Insurance Company of America
Beneficiary Services
P.O. Box 70182
Philadelphia, PA 19176

**Email:** grouplifeclaims@prudential.com
**Secure Fax:** (844) 625-7807
**Phone:** (800) 524-0542
**Phone Hours:** 8:00 a.m. to 8:00 p.m. ET

00001197 PINH01DD070220220922 01 000400

Russell J. Stutes III
Stutes & Lavergne
Attorneys at Law
P.O. Box 1644
Lake Charles, LA 70602

**Insured:** Robby D Savoie
**Contract Holder:** NEA Members Ins.
**Policy Number:** 20400
**Claim ID:** C-2020-038786

July 2, 2020

Dear Russell J. Stutes III,

We have received your correspondence dated June 11 2020 appealing our denial of the claim for Death Benefit for Robby D Savoie under the NEA Members Ins. Group Policy. At this time, we are in need of the following:

- Proof Mr. Allison M. Savoie "cohabited" with Robby D. Savoie at least 6 months prior to Date of Death.

We will review the claim and anticipate having a decision no later than 45 days from the date of receipt of your written request for reconsideration of the initial claim denial. The review will take into account all new information, whether or not presented or available at the initial determination. If we determine that special circumstances require an extension of time for a decision on appeal, the review period may be extended by an additional 45 days (90 days in total). We will notify you in writing if an additional 45-day extension is needed.

Prudential reserves the right to assert any and all claims and defenses that it may have, whether or not expressly stated herein or in any other correspondence.

**If you have any questions, we're here to help.**
The loss of a loved one is indeed a time of great sadness. It also may be a time of uncertainty and confusion on what to do next. We understand this, and that's why we developed a Beneficiary Support Center to help you through these difficult times. The Beneficiary Support Center is an online resource hub that includes: information on funeral planning, a list of key tasks you may need to address in the wake of the loss of a loved one, and financial, legal, and emotional support resources. These resources can be accessed at https://www.prudential.com/personal/workplace-benefits/death-claims. They are available at no cost to, or commitment from, you or your loved ones.

If you have questions please call our customer service office at (800) 524-0542 and provide reference number C-2020-038786. We are available Monday through Friday between 8:00 a.m. and 8:00 p.m. Eastern time. If you are using a telecommunications device for the hearing impaired, please call (800) 778-8633, Monday through Friday between 8:00 a.m. and 6:00 p.m. Eastern time. One of our customer service representatives will be glad to help you.

FILED _____ NOV 1 8 2020

_Sarah Hollier_

Sincerely,
Elsy Gilles
Claims Coordinator

_____
Deputy Clerk of Court
Calcasieu Parish, Louisiana



Life insurance is issued by The Prudential Insurance Company of America, Pruco Life Insurance Company (except in NY and/or NJ), or Pruco Life Insurance Company of New Jersey (in NY and/or NJ).



 **Prudential**

The Prudential Insurance Company of America
Beneficiary Services
P.O. Box 70182
Philadelphia, PA 19176

| | |
|---|---|
| **Email:** | grouplifeclaims@prudential.com |
| **Secure Fax:** | (844) 625-7807 |
| **Phone:** | (800) 524-0542 |
| **Phone Hours:** | 8:00 a.m. to 8:00 p.m. ET |

00000807 PINH01DD072920221001 01 003000

Russell J. Stutes III
Stutes & Lavergne
Attorneys at Law
P.O. Box 1644
Lake Charles, LA 70602

| | |
|---|---|
| Insured: | Robby D Savoie |
| Contract Holder: | NEA Members Ins. |
| Policy Number: | 20400 |
| Claim ID: | C-2020-038786 |

July 29, 2020

Dear Russell J. Stutes III,

Per your request, we are reconsidering our denial of the claim for Death Benefit for Robby D Savoie under the NEA Members Ins. Group Policy.   We will require an extension of the time to process the appeal.

We anticipate making a determination of this appeal by 45 days from letter.  If we are unable to make a determination on this claim by that date, we will advise you in writing.

**If you have any questions, we're here to help.**
The loss of a loved one is indeed a time of great sadness.  It also may be a time of uncertainty and confusion on what to do next.  We understand this, and that's why we developed a Beneficiary Support Center to help you through these difficult times.  The Beneficiary Support Center is an online resource hub that includes: information on funeral planning, a list of key tasks you may need to address in the wake of the loss of a loved one, and financial, legal, and emotional support resources.  These resources can be accessed at https://www.prudential.com/personal/workplace-benefits/death-claims.  They are available at no cost to, or commitment from, you or your loved ones.

If you have questions please call our customer service office at (800) 524-0542 and provide reference number C-2020-038786.  We are available Monday through Friday between 8:00 a.m. and 8:00 p.m. Eastern time.  If you are using a telecommunications device for the hearing impaired, please call (800) 778-8633, Monday through Friday between 8:00 a.m. and 6:00 p.m. Eastern time.  One of our customer service representatives will be glad to help you.

Sincerely,
 Elsy Gilles
Claims Coordinator

FILED_____ NOV 1 8 2020

_Carah Hollier_

Deputy Clerk of Court
Calcasieu Parish, Louisiana



Life insurance is issued by The Prudential Insurance Company of America, Pruco Life Insurance Company (except in NY and/or NJ), or Pruco Life Insurance Company of New Jersey (in NY and/or NJ).

## Stutes & Lavergne
### ATTORNEYS AT LAW
#### A LIMITED LIABILITY COMPANY

Mailing Address: P.O. Box 1644, Lake Charles, LA 70602

RUSSELL J. STUTES, JR. 1,2
P. JODY LAVERGNE 3
JEANETTE DEWITT-KYLE 3
SHELLEY BOUILLION 2
DEIL J. LALANDE 3
MARLA MILLER 2,4
RUSSELL J. STUTES, III 2
................................
OF COUNSEL
ROBERT C. MCCORQUODALE

August 21, 2020

*Via FedEx Priority Overnight Delivery*

Elsy Gilles
The Prudential Insurance Company of America
Group Life Claim Division
PO Box 8517
Philadelphia, PA 19176

      Re:    Insured: Robby D. Savoie
                Control Number: G-20400
                Claim Number: 11929839

Dear Ms. Gilles:

      In response to your letter requesting additional information, please see the attached Affidavit of Allison Savoie with exhibits regarding the above referenced claim.

      With kind regards, I am

FILED _____ NOV 1 8 2020

_____
Deputy Clerk of Court
Calcasieu Parish, Louisiana

Sincerely,

_____
Russell J. Stutes, III



Lake Charles: (337) 433-0022   Fax: (337) 433-0601
Jennings: (337) 246-9988   Fax: (337) 246-9991

StutesLaw.com
InjuryLawSWLA.com

600 Broad Street, Lake Charles, LA 70601
207 North Church Street, Jennings LA 70546

1. LL.M. in Taxation; Board Certified in Tax and Estate Planning and Administration by the Louisiana Board of Legal Specialization
2. Specializing in Tax, Real Estate, Estate Planning, Successions, and Commercial Transactions
3. Specializing in Personal Injury
4. LL.M. in Taxation & Licensed in Louisiana and Texas

STATE OF LOUISIANA

PARISH OF CALCASIEU

AFFIDAVIT

      BEFORE ME, the undersigned Notary Public, commissioned in and for the aforesaid Parish and State, personally came and appeared ALLISON SAVOIE, who, after being duly sworn, deposed and stated as follows:

1.     I am the former spouse of Robby D. Savoie ("Robby");

2.     Robby and I were divorced on August 23, 2018.  However, we began rekindling our relationship in early 2019 and became increasingly romantic. Our relationship immeasurably strengthened when Robby was diagnosed with severe liver cancer on May 19, 2019.

3.     Around the time of Robby's diagnosis, I began spending nights at his home, located immediately adjacent to mine, to both further our relationship and care for him in his illness;

4.     While it is difficult to describe what we specifically did to "cohabit," I can offer the following details of our relationship;

5.     We shared our vehicles in both of our names (see "Exhibit A");

6.     We listed each other as beneficiaries on various retirement and life insurance plans (see "Exhibit B");

7.     We shared household expenses such as utilities (see "Exhibit C") and Netflix subscriptions (see "Exhibit D"); maintained/paid joint credit cards (see "Exhibit E"); and shared other day to day expenses that we incurred;

8.     It is traditional in Louisiana for the decedent's parents or siblings to write the obituary, and Robby's family named me as his spouse when they wrote his obituary (see "Exhibit F");

9.     I held Robby's hand as he died on November 23, 2019;

10.     I made all arrangements for Robby's funeral;

11.     Above all, we loved each other and would have continued our lives as a married couple had cirrhosis of the liver not taken his life.

The Affiant sayeth further not.


[SIGNATURE PAGE TO FOLLOW]


1

_____
ALLISON SAVOIE


SWORN TO AND SUBSCRIBED before me on this 21st day of August,

2020.

_____
Russell J. Stutes, III
NOTARY PUBLIC
LA Commission No. 156485
My commission expires at death.

2

State of Louisiana, Office of Motor Vehicles
## VEHICLE REGISTRATION RENEWAL NOTICE

 

### SKIP THE LINE!
### RENEW ONLINE
### OR BY MAIL
See reverse side for information

ROBBIE SAVOIE AND
ALLISON SAVOIE
7829 MCCINDY ROAD
LAKE CHARLES, LA  70607



11756/146-139/29/7489



# SEE REVERSE SIDE FOR IMPORTANT
# INFORMATION ON RENEWAL OPTIONS

## ANY QUESTIONS? CALL (225) 925-6146

DPSMV 1720 (R 11/2011)

---- IF PAYING BY MAIL, RETURN THIS PORTION WITH PAYMENT ---- ✂




**VEHICLE RENEWAL APPLICATION FOR:**

ROBBIE SAVOIE AND
ALLISON SAVOIE
7829 MCCINDY ROAD
LAKE CHARLES, LA  70607

REMIT TO:  State of Louisiana
PO BOX 60081
New Orleans, LA 70160-0081

*pd 3/1/2020*
*71.90*

| LICENSE | EXP. DATE | VIN | MAKE | YEAR | DOMICILE |
|---------|-----------|-----|------|------|----------|
| 371CIF | 04/30/2020 | 1GKES16S436221766 | GMC | 2003 | 1008 |

| WEIGHT | SPOV | RENEWAL ID NUMBER | OWNER(S) DRIVER'S LIC | FEDERAL TAX ID | FEE DUE |
|--------|------|-------------------|----------------------|----------------|---------|
|  | $34,950.55 | 125224414014 |  |  | $70.00 |

1GKES16S436221766 371CIF** 042022 007000 000000 00000



EXHIBIT
A



**Louisiana Department of Public Safety and Corrections**
**Office of Motor Vehicles**
**P.O. Box 64886**
**Baton Rouge, Louisiana 70896**

Your Vehicle Registration renewal is complete.

**This receipt** is proof that your Vehicle Registration is current as the update may not occur for 24 hours.

Your **Vehicle Registration** will be mailed soon. If you do not receive your Registration within 30 days, contact your local Office of Motor Vehicles or contact Headquarters at 225-925-7198 or 225-925-6146.

| | |
|---|---|
| **Name:** | ROBBIE SAVOIE AND |
| **Plate Number:** | 371CIF |
| **Confirmation Number:** | 35356580 |
| **Payment Date/Time:** | 03/01/2020 at 6:57PM |
| **Payment Total:** | $71.90 |
| **Payment Method:** | VISA *4297 |
| **New Expiration Date:** | 4/30/2022 |
| **Cardholder Name:** | ALLISON SAVOIE |
| **Billing Address:** | 7829 MCCINDY<br>LAKE CHARLES, LA 70607 |
| **Email:** | allisav12@gmail.com |

| Item | Cost |
|---|---|
| Vehicle Registration Renewal | $70.00 |
| Service Charge | $1.90 |

- Did you know you can...

  - Renew your Louisiana Driver's License
  - Renew your Louisiana Identification Card
  - Purchase your Official Driving Record
  - Renew your Louisiana Vehicle Registration
  - Obtain a duplicate Louisiana Vehicle Registration
  - Determine if a mobile home is no longer registered as a motor vehicle

**ALL ONLINE!**

https://www.expresslane.org

# CALCASIEU PARISH SCHOOL SYSTEM
## HEALTH /LIFE GROUP INSURANCE ENROLLMENT

Date of Hire: **8-16-00**  Position: **TEACHER**

Type of Coverage: **Emp & Children**  Date of Retirement: _____

☑ Change
☐ New Enrollee
☐ Late Enrollee

| Employee's Last Name, First, Middle Initial | Social Security Number | D.O.B. (Month, Day, Year) |
|---|---|---|
| SAVOIE Allison M. | 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 | 8-26-69 |

| Male | Female | Married | Single | Divorced | Widowed | Effective Date 11-21-01 |
|---|---|---|---|---|---|---|
| ☐ | ☑ | ☑ | ☐ | ☐ | ☐ | 12-1-01 |

| Life Amount | Beneficiary's Name (Print) | Relationship to Employee |
|---|---|---|
| 25,000 | Robby D. SAVOIE | Husband |

**DO YOU WANT YOUR ELIGIBLE DEPENDENTS COVERED?**
1. If NO, please initial: **I HEREBY DECLINE PARTICIPATION IN DEPENDENT COVERAGE** _____
2. If YES, please complete the following:

**A. SPOUSE TO BE INSURED:**

Name _____  Spouse's employer _____

Date of Birth _____  Coverage effective date _____

Social Security Number _____  Medicare effective date _____

**B. CHILDREN TO BE INSURED:**

| NAME | SEX | D.O.B. | SOCIAL SECURITY NUMBER | ENROLL DATE |
|---|---|---|---|---|
| Alec D. SAVOIE | M | 12-5-92 | SCANNED | 10-1-00 |
| Carson M. SAVOIE | M | 11-21-01 | JUN 21 2010 | 11-21-01 |
| | | | C.P.S.B. SH | |

Regarding children, please initial: _____ **AMS** I understand dependents may be eligible for coverage until their 21st birthday and such coverage can be continued to their 24th birthday as long as they are **FULL TIME, ENROLLED AND ATTENDING** secondary accredited school.

## ENROLLMENT CHOICES

**I.** I am electing enrollment in the following group health plan option (initial one):

_____ **LOW**  _____ **MID**  **AMS HIGH**

**II. Optional Life and AD&D** (initial one):

**AMS** I elect Optional Life and AD&D and until revoked by me in writing, authorize the deduction by my employer from my earnings the amount sufficient to cover my contribution for this coverage.

_____ I decline Optional Life and AD&D for which I am eligible and understand that I may be required to furnish proof of good health if I enroll at a later date.

### PLEASE INITIAL AND SIGN WHERE INDICATED BELOW

**AMS** I hereby authorize my employer to deduct from my earnings premium sufficient to cover my contribution for insurance coverage requested above and acknowledge participation in Section 125.

**AMS** To avoid certain pre-existing condition exclusions, I understand it is my responsibility to provide to the CPSB a certificate of group health insurance coverage from my prior carrier for myself and dependents.

**AMS** Although dependents can be added at any time, they cannot be deleted at anytime. I understand all choices made, including choice of plan, will remain in effect until next year's annual enrollment. (April of each year with a May 1 effective date.).

By signature below, I acknowledge the following: **The policy for which I am enrolling contains various limits, conditions and exclusions, including pre-existing condition coverage limitations.** Failure to enroll eligible dependents at this time may result in more severe pre-existing coverage limitations should they be enrolled at a later date. I acknowledge receipt of a policy booklet detailing the above information and acknowledge I have received COBRA information, which details my rights, and obligations regarding possible continuation of coverage should my employment terminate.

I understand CPSB Risk Management employees are prohibited from encouraging me to choose any plan or



EXHIBIT
B

# Employment Summary

| | |
|---|---|
| SAVOIE ALLISON M<br>7829 MCCINDY RD<br>LAKE CHARLES LA 70607-0735 | **Designated Beneficiaries**<br>SAVOIE ALEC D          CHILD<br>SAVOIE ROBBY D        SPOUSE |

**DROP ELIGIBILITY: The first time you reach one of the following:**
**25 Years Age 55, 10 Years Age 60, 30 Years Any Age**

*This area may include employment dates for time periods where service credit was refunded.*
*Refunded years that have not been restored are not included in your total service credit.*

### Employment History

| Employer ID | Employer Name | Plan Name | Start Date | End Date |
|---|---|---|---|---|
| 0010 | CALCASIEU SC BD | Regular Plan | 08/16/2000 | |
| 0098 | MCNEESE | Regular Plan | 05/01/2007 | 05/31/2007 |

### TRSL Regular Plan Information
*Service credit earned cannot exceed 1.00 year in a fiscal year.*

| Unaudited Service Credit | | Member Contributions Summary | |
|---|---|---|---|
| Prior years' service credit for benefit computation: | 18.73 | Beginning balance as of 06/30/2019: | 63,256.85 |
| Purchases/Transfers/Refunds: | 0.00 | Estimated current FY contributions 7/1/2019 through 1/31/2020: | 2,208.70 |
| Prior years' service credit for benefit computation corrections: | 0.00 | Purchases/Transfers/Refunds: | 0.00 |
| | | Prior Year Contributions Corrections: | 0.00 |
| Total unaudited service credit for benefit computation*: | 18.73 | Estimated balance as of 2/21/2020: | 65,465.55 |

| Total unaudited service credit for benefit computation as of 06/30/2019* | | Total unaudited service credit for eligibility purposes as of 06/30/2019*: | 18.97 |
|---|---|---|---|
| **Service Type** | **Amount** | Monthly Average Compensation: | $4,642.99 |
| Regular | 18.73 | | |
| Total | 18.73 | | |

*If these figures are different, your employer has certified that you have some part-time employment. Any discrepancies in salaries, service credit, or contributions should be addressed with your employer. All amounts are subject to audit and change.

SAVOIE ALLISON M
7829 MCCINDY RD
LAKE CHARLES LA 70607-0735

# Member Account Statement for SAVOIE ALLISON M

July 1, 2018 — June 30, 2019

## Member Information

DOB: 08/26/1969

GENDER: FEMALE

## Designated Beneficiaries

SAVOIE ROBBY D

SAVOIE ALEC D

**You can update/correct the information listed above. Here's how:**

- **For address corrections,** visit our website at *www.trsl.org.* From there, you can download and submit an *Active Member Change of Address Authorization* (Form 2AC) or use the Member Access system.

- **For corrections to date of birth or gender,** call TRSL at 225-925-6446 (local area) or toll free (outside the Baton Rouge area) at 1-877-ASK-TRSL (1-877-275-8775).

| 2018 ___ 2019 | | |
|---|---|---|
| **EMPLOYER** | **EARNINGS** | **CONTRIBUTIONS** |
| CALCASIEU SC BD | $  56,446.90 | $  4,515.75 |
| | | |
| TOTAL: | $  56,446.90 | $  4,515.75 |

## Your TRSL Account Information (See "Statement Definitions" on back.)

*Service credit earned cannot exceed 1.00 year in a fiscal year.*

| SERVICE CREDIT | | MEMBER CONTRIBUTIONS | | |
|---|---|---|---|---|
| Prior year service credit for benefit computation | 17.73 | Beginning balance as of July 1, 2018 | $ | 58,741.10 |
| 2018 — 2019 service credit for benefit computation earned during this FY | 1.00 | Member contributions 2018 — 2019 | $ | 4,515.75 |
| Purchases/Transfers/Refunds | 0.00 | Purchases/Transfers/Refunds | $ | 0.00 |
| Prior year service credit for benefit computation corrections | 0.00 | Prior year contributions corrections | $ | 0.00 |
| Total service credit for benefit computation[a] | 18.73 | Ending balance as of June 30, 2019 | $ | 63,256.85 |

| Total service credit for eligibility to retire as of June 30, 2019 * | 18.97 |
|---|---|

*If these figures are different, your employer has certified that you have some part-time employment. Any discrepancies in salaries, service credit, or contributions should be addressed with your employer. All amounts are subject to audit and change.

## Information About Your Service Credit and Contributions

# It's never too early to plan for your retirement!

TRSL provides valuable benefits, including:

- **RETIREMENT** benefits when you reach the required retirement eligibility (age and years of service credit)
- **DISABILITY** benefits should you become totally and permanently disabled while in active service*
- **SURVIVOR** benefits for certain family members should you die while in active service*

*Must have the required years of service

Visit TRSL's website at *www.trsl.org* for more information on these important benefits, including our publications *TRSL Member Handbook, DROP Handbook, Disability Retirement,* and *Death & Survivor Benefits.*

## Retirement Eligibility Requirements for Regular Plan

| SERVICE ELIGIBILITY | 5 years at age 60 * 20 years at any age (reduced benefit) * 25 years at age 55 * 30 years at any age |
|---|---|
| DROP ELIGIBILITY | The first time you reach one of the following: 10 years at age 60 * 25 years at age 55 * 30 years at any age |

## Projected Retirement Eligibility and Benefit Estimate for SAVOIE ALLISON M

The following table shows a projection of your retirement eligibility dates and your maximum TRSL retirement benefit based on various retirement scenarios. The projections are based on current information as reported by your employer(s) and assume continuous TRSL-covered, full-time employment. The final average compensation (FAC) is an average of your current highest three (3) consecutive years of earnings as submitted by your employer. Future salary increases are not included in the FAC used in these projections.

This estimate is provided to help you make informed decisions about your retirement benefit and is not a guarantee of when you will be eligible or the amount you will receive at the time you retire. The actual pension you receive at retirement and when you will be eligible to retire are determined by state law. When you retire, your pension will be calculated according to the applicable retirement calculation formulas.

| Scenario | Fiscal Year of Eligibility | Service Credit for Eligibility | Service Credit for Benefit Computation | Age | FAC (Monthly) | Maximum Monthly Benefit Amount |
|---|---|---|---|---|---|---|
| Early Retirement | 2019 - 2020 | 20.00 | 19.76 | 50 | 4,642.99 | 1,528.00 |
| Regular Retirement/Drop Eligibility | 2024 - 2025 | 25.00 | 24.76 | 55 | 4,642.99 | 2,874.00 |

Your early retirement benefit estimate is based on a 2% benefit factor or a 2.5% actuarially reduced factor. The age shown for all projected future benefits is your age at July 1 of the fiscal year you become eligible. Contact TRSL for more information on your retirement options.

DROP = Deferred Retirement Option Plan

If you choose to name a beneficiary, your monthly benefit amount may be lower. Use TRSL's online calculator at *www.trsl.org* to calculate projections of your Service or DROP benefits.

## Statement Definitions

| Designated Beneficiaries | The person(s) you have named who will receive your member contributions if survivor benefits are not payable. If you have named more than three persons, you will see "More than three beneficiaries" in this section. To change your beneficiary(ies), complete a *Beneficiary Designation* (Form 3), which can be obtained from your employer or our website at *www.trsl.org.* |
|---|---|
| Fiscal Year | The period (July 1 – June 30) in which your earnings and contributions were reported. |
| Employer | Name of the employing agency(ies) that provides earnings information. |
| Earnings | Total actual annual salary(ies) as reported by your employer(s). |
| Contributions | Member contributions withheld based upon earnings reported by your employer(s). |

| SERVICE CREDIT* | | MEMBER CONTRIBUTIONS* | |
|---|---|---|---|
| Prior year service credit for benefit computation | Computation credit from the previous year's statement. | Beginning balance as of July 1, 2018 | Your ending account balance from the previous fiscal year's member statement. |
| 2018 —2019 service credit for benefit computation earned during this fiscal year | Credit earned as reported by your employer. | Member contributions 2018 —2019 | Member contributions reported by employer(s) during the fiscal year. |
| Purchases/Transfers/ Refunds | Current service credit purchases, transfers to/from TRSL, or refunds of contributions for this statement's fiscal year. | Purchases/Transfers/ Refunds | Current member contributions for purchases, transfers to/from TRSL, or refunds of contributions for this statement's fiscal year. |
| Prior year service credit for benefit computation corrections | Corrections made (+/-) by your employer(s) correcting prior fiscal years' credit. | Prior year contributions corrections | Corrections made (+/-) by your employer(s) correcting prior fiscal years' contributions. |
| Total service credit for benefit computation | Your credit balance at the end of the fiscal year as reported by your employer(s) that will determine how | Ending balance as of June 30, 2019 | Your balance from the previous year's statement + contributions + purchases/ |

dental 

**HS**

**Howard, Stacy**
Fri 3/27/2020 11:59 AM
Savoie, Allison A

# Humana.
### Dental Preferred
Subscriber: ALLISON M SAVOIE                    Coverage Type: FAM
Group Name: CALCASIEU PARISH SCHOOL BOARD          Group ID: 651397
Member ID.            Member Name:
111256910  01     ALLISON M SAVOIE
111256918  03     CARSON SAVOIE
111256818  04     ROBBY SAVOIE

Benefit Detail

Individual Deductible  $50
Family Deductible  $150
Preventive Service  100%
Basic Service  80%
Major Service  50%

Humana.com

Member Service:            1-800-233-4013
Dental Provider Service:   1-800-833-2223

Humana Dental Claim Office
P.O. Box 14611
Lexington, KY 40512-4611

Humana Health Benefit Plan of Louisiana, Inc.          Card Issued: 04/27/2015

*Thanks*

*Stacy Howard*

*Insurance Clerk*

*Risk Management*

*Calcasieu Parish School Board*

*337-217-4040 Ext. 3011*

Entergy



Iome > Billing and Payment History

|Sign out| Print

## My Entergy Account

Account Summary

Add Accounts

Account Detail

View My Bill

Pay My Bill

**Billing and Payment History**

Analyze My Bill ᵀʳʸ

Power to Care Donation

Billing Options ▸

Bill Delivery Options

Automatic Monthly Payments

Payment Arrangements

Start/Stop/Move Service

Update Account Information ▸

View Outage Map

Cell Phone Texting

Alert Preferences

## Billing and Payment History

Below is a list of your Entergy bills and payments.

Name          ROBBY D SAVOIE

Account Number 110132057

Service Address  7831 MCCINDY RD,
LAKE CHARLES LA 70607-0735

| Electric Usage Enlarge/Print |



| Billing History | Payment History | Usage History |

| Date | Description | Amount |
|---|---|---|
| 12/12/2019 | Monthly Current Charge | 127.35 |
| 12/11/2019 | Payment | -104.19 |
| 11/12/2019 | Monthly Current Charge | 104.19 |
| 11/06/2019 | Payment | -170.03 |
| 10/11/2019 | Monthly Current Charge | 170.03 |
| 10/08/2019 | Payment | -501.29 |
| 09/12/2019 | Monthly Current Charge | 501.29 |
| 08/20/2019 | Payment | -221.64 |
| 08/19/2019 | Monthly Current Charge | 99.18 |
| 08/19/2019 | Monthly Current Charge | 122.46 |
| 07/08/2019 | Payment | -182.50 |
| 06/14/2019 | Monthly Current Charge | 182.50 |

🔖   🔒 digital.iberiabank.com   ↻   ⬆   ➕   ⬛

**IBERIABANK**      Dashboard      Accounts      Move money      IFS Investments         ✉️      AS ⌄

## All activity     🔍

Entergy     ⊗

Search and sorting options

📅 2 scheduled activities     ⬍

| | | | |
|---|---|---|---|
| JAN 6 | BILL PAY ENTERGY SERVICES WEB<br>allisav 5972 | | $199.64 |
| DEC 12 2019 | BILL PAY ENTERGY SERVICES WEB<br>allisav 5972 | | $104.19 |
| DEC 10 2019 | BILL PAY ENTERGY SERVICES WEB<br>allisav 5972 | | $158.49 |
| NOV 12 2019 | BILL PAY ENTERGY SERVICES WEB<br>allisav 5972 | | $205.59 |
| NOV 7 | BILL PAY ENTERGY SERVICES WEB<br>allisav 5972 | | $170.03 |

❓

 netflix.com   





# Account

| MEMBERSHIP & BILLING | robsav@suddenlink.net | Change account email |
| --- | --- | --- |
| Cancel Membership | Password: ******** | Change password |
| | | Add phone number |

Your next billing date is **March 10, 2020.**    Update payment info

**VISA**  •••• •••• •••• 1048    Billing details

Change billing day

Redeem gift card or promo code

Where to buy gift cards

| PLAN DETAILS | **Standard** HD | Change plan |
| --- | --- | --- |
| | No DVD plan | Add DVD plan |

| SETTINGS | Parental controls |
| --- | --- |
| | Test participation |

YOUR MEMBERSHIP

Your plan

**Standard** for $12.99/month

2 screens + HD

Your next bill

**March 10, 2020**

Membership fees are billed at the beginning of each period and may take a few days after the billing date to appear on your account. Sales tax may apply.

| Date | Description | Service period | Payment method | Total |
|------|-------------|----------------|----------------|-------|
| 2/10/20 | Streaming Service | 2/10/20—3/9/20 | VISA •••• •••• •••• 1048 | $12.99 |
| 1/10/20 | Streaming Service | 1/10/20—2/9/20 | VISA •••• •••• •••• 1048 | $12.99 |
| 12/10/19 | Streaming Service | 12/10/19—1/9/20 | VISA •••• •••• •••• 1048 | $12.99 |
| 11/10/19 | Streaming Service | 11/10/19—12/9/19 | VISA •••• •••• •••• 1048 | $12.99 |
| 10/10/19 | Streaming Service | 10/10/19—11/9/19 | VISA •••• •••• •••• 1048 | $12.99 |
| 9/10/19 | Streaming Service | 9/10/19—10/9/19 | VISA •••• •••• •••• 1048 | $12.99 |
| 8/10/19 | Streaming Service | 8/10/19—9/9/19 | VISA •••• •••• •••• 1048 | $12.99 |
| 7/10/19 | Streaming Service | 7/10/19—8/9/19 | VISA •••• •••• •••• 1048 | $12.99 |
| 6/10/19 | Streaming Service | 6/10/19—7/9/19 | VISA •••• •••• •••• 1048 | $12.99 |
| 5/10/19 | Streaming Service | 5/10/19—6/9/19 | VISA •••• •••• •••• 1048 | $12.99 |
| 4/10/19 | Streaming Service | 4/10/19—5/9/19 | VISA •••• •••• •••• 1048 | $10.99 |
| 3/10/19 | Streaming Service | 3/10/19—4/9/19 | VISA •••• •••• •••• 1048 | $10.99 |
| 2/10/19 | Streaming Service | 2/10/19—3/9/19 | VISA •••• •••• •••• 1048 | $10.99 |

NOTE: We only show up to 1 year of billing history









## Robby Dean Savoie
### August 22, 1969 ~ November 23, 2019



Robby Dean Savoie was called home to be with the Lord at 11:03 pm on November 23, 2019. Family members were by his side when he departed for heaven.  Robby was born in Lake Charles on August 22, 1969.

He attended McNeese University and LSUE. He worked at Memorial Hospital as a lab tech starting in his teens, as he pursued a degree.  He was then hired by Southland College to teach Phlebotomy.  He wrote the curriculum approved by the Louisiana Department of Education and the National Phlebotomy Association.  He eventually became self-employed and enjoyed being his own boss.

Robby never met a stranger and was always available to help people. He was an extremely intelligent man who could accomplish just about any task.

Those left to cherish his memories are his wife Allison Thibodeaux Savoie; his two sons, Alec Dean Savoie and Carson Maxx Savoie; his parents, Paul and Bobbie Savoie; brothers, Paul Savoie Jr. and wife Connie and Kevin Savoie and wife Lori.  He is also survived by several uncles, aunts and cousins, nephews Ryan and Ashton Savoie, Blake and wife Tieka, and Jordon Rogers, Aiden Rogers and John William Rogers and niece Madison Rogers.

The family would like to thank the doctors and nurses at Lake Charles Memorial ICU for their compassionate care with special thanks to Dr. R. Craig Broussard.

Robby's wish was for his loved ones to always put their right foot forward; looking hopefully towards the future while meeting every challenge with a discerning mind.

Funeral arrangements are as follows: visitation Tuesday at Johnson Funeral Home on Lake Street from 5:30 to 8:30 pm, Wednesday visitation from 10:00 to 11:00 am with the service immediately following. Brother Alan Weishampel will officiate, and the burial will be at Highland Memory Gardens under the direction of Johnson Funeral Home.

*Messenger* L168                    Printed in U.S.A.


EXHIBIT
E