# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ALLISON SAVOIE** | : | **CIVIL ACTION NO. 2:20-CV-1698** |
|     **Plaintiff** | | |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA** | | |
|     **Defendant** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

Considering the foregoing Joint Stipulation of Dismissal with Prejudice,

IT IS ORDERED that all claims and demands made by any party in the above captioned lawsuit, including the claims and demands set forth in the complaint by Plaintiff, ALLISON SAVOIE, against Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, are hereby dismissed with prejudice with the parties bearing their own court costs.

THUS DONE AND SIGNED in Chambers on this 17th day of September, 2021.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE